# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# TYLER DIVISION

| | |
|---|---|
| CHRISTOPHER W. RICHARD, § § § | |
| Plaintiff, § § | |
| v. § | Case No. 6:22-cv-283-JDK-KNM |
| § § | |
| LUCAS R. SPENCER, II, et al., § § § | |
| Defendant. § § | |

## ORDER ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

Plaintiff Christopher W. Richard, a former Texas Department of Criminal Justice inmate residing in Louisiana, proceeding pro se and *in forma pauperis*, filed this civil rights lawsuit pursuant to 42 U.S.C. § 1983. The case was referred to United States Magistrate Judge K. Nicole Mitchell for findings of fact, conclusions of law, and recommendations for disposition.

On January 13, 2025, Judge Mitchell issued a Report recommending that this case be dismissed without prejudice for want of prosecution and failure to obey an order of the Court. Docket No. 25. A copy of this Report was sent to Plaintiff, and he acknowledged receipt. Docket No. 26. However, no objections have been filed.

This Court reviews the findings and conclusions of the Magistrate Judge de novo only if a party objects within fourteen days of service of the Report and Recommendation. 28 U.S.C. § 636(b)(1). In conducting a de novo review, the Court examines the entire record and makes an independent assessment under the law.

1

*Douglass v. United Servs. Auto. Ass'n*, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc), *superseded on other grounds by statute*, 28 U.S.C. § 636(b)(1) (extending the time to file objections from ten to fourteen days).

Here, Plaintiff did not object in the prescribed period. The Court therefore reviews the Magistrate Judge's findings for clear error or abuse of discretion and reviews the legal conclusions to determine whether they are contrary to law. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir. 1989) (holding that, if no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law").

Having reviewed the Magistrate Judge's Report and the record in this case, the Court finds no clear error or abuse of discretion and no conclusions contrary to law. Accordingly, the Court hereby **ADOPTS** the Report and Recommendation of the United States Magistrate Judge (Docket No. 25) as the findings of this Court. Plaintiff's complaint is **DISMISSED** without prejudice for want of prosecution.

**So ordered and signed on this**
**May 6, 2025**

_____
JEREMY D. KERNODLE
UNITED STATES DISTRICT JUDGE